**UNITED STATES DISTRICT COURT**

DISTRICT OF COLORADO
UNITED STATES COURTHOUSE
901 19th STREET
DENVER, COLORADO  80294
(303) 844-6118
John_L_Kane@cod.uscourts.gov

**JOHN L. KANE**
SENIOR JUDGE

# M E M O R A N D U M

**TO:**    Greg Langham, Clerk
Attn: Sandra Hartmann

**FROM:**    Judge John L. Kane

**DATE:**    November 29, 2010

**RE:**    Civil Action No. **10-cv-2878-JLK**

Exercising my prerogative as a Senior Judge, I request that this civil action be reassigned.