IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02878-MSK-BNB

GARY D. FIELDER,

Plaintiff,

v.

JANET NAPOLITANO, in her official capacity as Secretary of Homeland Security,
UNITED STATES DEPARTMENT OF HOMELAND SECURITY, an agency of UNITED STATES OF AMERICA,
JOHN PISTOLE, in his official capacity as Administrator of Transportation Security Administration, and
TRANSPORTATION SECURITY ADMINISTRATION, an agency of UNITED STATES OF AMERICA,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　This matter is before the Court on the **Joint Motion to Vacate the March 9, 2010 [sic] SCHEDULING/PLANNING CONFERENCE** [docket no. 11, filed February 28, 2011] (the "Motion").

　　　IT IS ORDERED that the Motion is GRANTED ONLY TO A CHANGE OF DATE and DENIED in all other respects.

　　　IT IS FURTHER ORDERED that the Scheduling Conference set for March 9, 2011, is **vacated and reset to April 15, 2011, at 9:00 a.m., Mountain Daylight Time,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Scheduling Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **April 8, 2011**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.  Defense counsel may appear for this hearing telephonically by calling Chambers at the appropriate time, at **303/844-6408**.

DATED:  March 1, 2011