IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02878-MSK-BNB

GARY D. FIELDER,

    Plaintiff,

v.

JANET NAPOLITANO, in her official capacity as Secretary of Homeland Security;
UNITED STATES DEPARTMENT OF HOMELAND SECURITY, an agency of the United States of America;
JOHN S. PISTOLE, in his official capacity as Administrator of Transportation Security Administration; and
TRANSPORTATION SECURITY ADMINISTRATION, an agency of the United States of America,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE AND TO CLOSE CASE

THIS MATTER is before the Court on the Unopposed Motion to Dismiss Without Prejudice (**#15**) filed April 15, 2011. The Court having reviewed the foregoing:

**ORDERS** that the Motion is **GRANTED** and any and all claims asserted in the above-captioned matter are dismissed without prejudice, each party to bear his, her or its own costs and attorneys' fees incurred in connection with this action. The Clerk shall close this case.

DATED this 15th day of April, 2011.

                                          **BY THE COURT:**

                                          Marcia S. Krieger
                                          United States District Judge